01-15-00623-CR



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

July 15, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 2:58:24 PM
CHRISTOPHER A. PRINE
Clerk

ELOY VALE MARTINEZ, PRO SE
SAN JACINTO JAIL/SPN #02214398/CELL: 2F1
701 N. SAN JACINTO
HOUSTON, TX 77002

Defendant's Name: ELOY VALE MARTINEZ

Cause No: 1444863

Court: 230TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 07/06/2015
**Sentence Imposed Date:** 06/08/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** PRO SE

Sincerely,

/S/ N. Salinas

Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

STATE OF TEXAS

    VS.

Eloy Vale Martinez

2015 JUL -6 PM 3:02
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
FILED

IN THE 230 COURT

OF

HARRIS COUNTY,

TEXAS

## NOTICE OF APPEAL - GUILTY PLEA

TO THE HONORABLE JUDGE OF SAID COURT: 230

Comes now Eloy V. Martinez defendant in the above entitled and numbered cause, and within _____ [30 or 90] days of June 8, 2015 [state action that triggered beginning of time period, e.g., sentencing], files this notice of appeal from his/her plea of Guilty [guilty or nolo contendere] in Cause No. 1444863.

Defendant acknowledges that the plea in the above entitled and numbered cause was entered pursuant of the provisions of Article 1.15 of the Code of Criminal Procedure, and that the punishment assessed does not exceed that recommended by prosecutor and agreed to by the defendant and his/her attorney, but further shows the court that Ineffective Ass. of Counsel [state reason that nonjurisdictional defects may be raised on appeal e.g., that matters being raised in the appeal of this conviction were all raised by written pretrial motion and ruled upon prior to trial] Thus, defendant tenders this notice as evidence of his/her desire to appeal the conviction in Cause No. 1444863

                Respectfully submitted

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

                Eloy Vale Martinez
                Defendant

ES-0085-01-07

Ineffective Assistance of Counsel                              June 30, 2015

Reason:

Based on the attorney's (Robert Valles) failure to provide competent representation I (Eloy Vale Martinez) was lead to believe that the crime I was convicted for and the sentence that was offered to me by the state was the best it was going to get for me. When in fact, Proof of guilt beyond a reasonable is required for a conviction of a criminal defendant. The whole time I was being mislead, believing that my case was so weak that my attorney Robert Valles was able to drop the charge of Agg. Robbery to a lesser charge.

No elements of the offense were proved and if they were my attorney failed to provide it to me. Which was the reason why I refused to sign for the plea offer the whole time until I was taken in front of you, Judge Brad Hart. I was also lead to believe by Robert Valles that if I were to take my case cause no. 1444863 to trial that I would not be able to appeal it. I don't know what motions were filed or if there were any motions filed at all.

I believe that this is very unconstitional and that this case could have had a very different out come if not for the unprofessional errors of counsel.

Please Judge Brad Hart take my motion for notice of appeal to withdraw a guilty plea in to consideration. All I'm asking for is a fair trial.

"I, Eloy VALE MARTINEZ SPN# 02214398_____, being presently incarcerated in Harris County Jail_____ in Harris County, TEXAS, declare under penalty of perjury that the for going is true and correct.

EXECUTED ON (DATE) June 30, 2015 SIGNATURE _Eloy M____

ORDER

ON this the____ day of____, 20___, came to be heard by me, the Defendant's NOTICE OF APPEALS and it appears to this court that this motion should be

GRANTED:_____

DENIED :_____ and it is

so ordered

JUDGE PRESIDING



HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: ~~Pedro~~ A Eloy Martinez
SPN: 02214398   Cell: 2 FL
Street: 701 N San Jacinto
HOUSTON, TEXAS 77002

Eloy Martinez SPN #02214398
The District Clerk Office
1201 Franklin   3Rd Floor
Houston, Tx 77002

77002$1900




Cause No. **1444863**

THE STATE OF TEXAS

v.

**Eloy Martinez**, Defendant

IN THE **230** DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☒ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

_____
Judge

JUN 08 2015

_____ **6.8.15**
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: **24034720**

Mailing Address: **3700 N Main**

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

pro-se

# APPEAL CARD

Due: 8-7-15    1st

Court: 350th    Cause No: 1444002

## The State of Texas

Martinez, Eloy Vale

6-8-15

Date Notice
Of Appeal: 07·06·2015

Presentation:    Vol._____ Pg._____

Judgment:    Vol._____ Pg._____

Judge Presiding Brad Hart
Court Reporter n/a
Court Reporter _____
Court Reporter _____

Attorney
on Trial Robert Valles

Attorney
on Appeal pro-se

Appointed_____ Hired_____

Offense Agg-Robbery-deadly wpn

Jury Trial:    Yes_____ No X

Punishment
Assessed 25 years tdcj

Companion Cases
(If Known) n/a

Amount of
Appeal Bond Ø

Appellant
Confined:    Yes ✓    No_____

Date Submitted
To Appeal Section 07·07·205   7-10-15

Deputy Clerk ✗ Sanchez

997

Notice of Appeal Card Rev. 9/84